UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAVIOLA A. VAZQUEZ,  Plaintiff, v. LAW OFFICES OF CRYSTAL MORONEY, P.C., Defendant. | Case No. 1:21-cv-02446  Honorable John J. Tharp, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES FAVIOLA A. VAZQUEZ ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, LAW OFFICES OF CRYSTAL MORONEY, P.C., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 3, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 3, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
